Theodore V. H. Mayer (TM 9748)
Vilia B. Hayes (VH 4601)
Robb W. Patryk (RP 0161)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

ROSE MOYE,

                               Plaintiff,

        -against-

MERCK & CO., INC.,

                             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 07 cv 5586 (CM)

**Rule 7.1 Statement**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

Dated: New York, New York
      June 22, 2007

                    Respectfully submitted,

                    HUGHES HUBBARD & REED LLP

                    By: _____
                        Theodore V. H. Mayer (TM 9748)
                        Vilia B. Hayes (VH 4601)
                        Robb W. Patryk (RP 0161)

                    One Battery Park Plaza
                    New York, New York 10004-1482
                    (212) 837-6000

                    *Attorneys for Defendant Merck & Co., Inc.*